AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERK'S OFFICE
2005 MAR 29 P 12:40
U.S. DISTRICT COURT
DISTRICT OF MASS

Comcast of Massachusetts I, Inc.

V.

John Donovan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 10483 NG

TO: (Name and address of Defendant)

John Donovan
31 Grant Street
Newton, MA 02465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                MAR 14 2005

CLERK                                                          DATE

(By) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

March 23, 2005

I hereby certify and return that on 3/23/2005 at 10:20AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND CORP DISCLOSURE STATEMENT in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOHN DONOVAN, , 31 GRANT STREET  Newton, MA and by mailing 1st class to the above address on 3/23/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.80), Postage and Handling ($3.00), Travel ($5.12) Total Charges $39.92

*John F Kennedy*

Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.